# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| **KEVIN BACHHUBER, on behalf of himself and others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**EZ ADVANCE LLC,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00961 |

## AFFIDAVIT OF SERVICE

I, Javon Cummings, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EZ ADVANCE LLC in Queens County, NY on December 9, 2025 at 3:21 pm at 18729 Perth Rd, Jamaica, NY 11432-5814 by leaving the following documents with Dauro Kandhorov who as Authorized Agent is authorized by appointment or by law to receive service of process for EZ ADVANCE LLC.

CIVIL COVER SHEET
CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION
NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE
DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

Additional Description:
I met with Dauro Kandhorov at this address and asked for Benjamin Kandhorov. Dauro Kandhorov stated that they are a family member of Benjamin Kandhorov, an employee of the entity, and are authorized to accept service on behalf of the entity. She said she can explicitly accept service when asked. I therefore left the documents with Dauro Kandhorov, who received them in hand.
Race: White, Sex: Female, Est. Age: 55-64, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.726102,-73.78067

Photograph: See Exhibit 1

Total Cost: $315.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Kings County   ,    NY    on    12/18/2025   .

/s/ *Javon Cummings*
Signature
Javon Cummings
+1 (203) 584-2151

