# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KEVIN BACHHUBER, | ) | |
| *on behalf of himself and* | ) | Civil Action No.: 3:25-cv-00961 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| EZ ADVANCE, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.


Dated: February 20, 2026          PLAINTIFF, on behalf of himself
                                  and others similarly situated,


                                  */s/ Anthony Paronich*
                                  Anthony Paronich
                                  Email:  anthony@paronichlaw.com
                                  PARONICH LAW, P.C.
                                  350 Lincoln Street, Suite 2400
                                  Hingham, MA 02043
                                  Telephone:  (617) 485-0018
                                  Facsimile:  (508) 318-8100