NOTICE TO COUNSEL:

To enable the judges of this court to evaluate possible disqualification or recusal, counsel for any private (non-governmental) business, company, or corporation shall submit at the time of its first appearance, pleading, petition, motion, or response this statement of corporate affiliations, financial interest, and citizenship.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Kevin Bachhuber,

    Plaintiff,

v.

Case No. 3:25-cv-00961

EZ Advance, LLC,

    Defendant.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for **EZ Advance LLC**, make the following disclosure:

1. Is the named party a subsidiary or affiliate of a publicly owned corporation?

   YES ☐  NO ☒

   If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

2. Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

   YES ☐  NO ☒

   If the answer is YES, list the identity of such corporations and the nature of the financial interest in the named party:

3. Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

   YES ■   NO ☐

   If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:
   Benjamin Kandhorov - New York

   Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A) when the action is filed in or removed to federal court, and
   (B) when any later event occurs that could affect the court's jurisdiction.

   Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.

_____   2/20/26
Signature of Counsel           Date

Rev. 4/29/2024