**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**AT MADISON**

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EZ ADVANCE, LLC,<br><br>Defendant. | Case No. 3:25-cv-00961-wmc<br><br>Honorable District Judge William M. Conley<br><br>Honorable Magistrate Judge Anita Marie Boor |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 22nd day of September, 2026.

*<u>/s/ Samuel J. Strauss</u>*
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[T] 617-485-0018
[F] 508-318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff Kevin Bachhuber*

*<u>/s/ Matthew P. Leto</u>*
Matthew P. Leto
**LETO LAW FIRM**
2875 NE 191st Street, Suite 604
Aventura, FL 33180
[T] 305-341-3155
[F] 305-397-1168
mleto@letolawfirm.com

*Counsel for Defendant EZ Advance, LLC*

**CERTIFICATE OF SERVICE**

I, Sameul J. Strauss, hereby certify that on September 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 22nd day of September, 2026.

Respectfully submitted,

*/s/ Samuel J. Strauss*
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com